CAUSE NO. 05-04-03592-CV

| | | |
|---|---|---|
| TODD PETERS, ET AL. | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| | § | |
| VS. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| PHILLIPE MULACEK, ET AL. | § | |
| Defendants | § | 284TH JUDICIAL DISTRICT COURT |

## INTEROIL DEFENDANTS' FIRST AMENDED ANSWER

Defendants, InterOil Corporation, S.P. InterOil, LDC. and E.P. InterOil, Ltd. (the "InterOil Defendants"), file their First Amended Answer as follows:

1. The InterOil Defendants deny each and every allegation in Plaintiffs' Fourth Amended Petition and Jury Demand, as it may be amended and supplemented, and demand strict proof thereof under the laws and Constitution of the State of Texas.

2. Plaintiffs' claims are barred, in whole or in part, under the statute of limitations.

3. Plaintiffs' claims are barred, in whole or in part, under the doctrine of laches.

4. Plaintiffs' claims are barred, in whole or in part, under the doctrines of release, waiver, estoppel, accord and satisfaction, and ratification.

5. Plaintiffs lack standing to assert their claims.

6. Plaintiffs' claims are barred by Plaintiffs' own fraud and fraudulent conduct.

7. Plaintiffs do not have legal capacity to sue the InterOil Defendants, Plaintiffs are not entitled to recover in the capacity in which they sue, the InterOil Defendants are not liable in the capacity sued, and, therefore, there is a defect of parties.

8. All conditions precedent to Plaintiffs' right of recovery, if any, have not occurred. Plaintiffs have not given requisite notice to, nor made requisite demand on, the InterOil Defendants.

Accordingly, the InterOil Defendants respectfully pray that the Plaintiffs take nothing by way of this lawsuit, that the InterOil Defendants be dismissed without liability, that they recover costs of suit, and for such other relief to which they may be entitled.

Respectfully submitted,

HAYNES AND BOONE, LLP

Michael T. Powell
State Bar No. 16204300
Kirk L. Worley
State Bar No. 00797696
Yasser A. Madriz
State Bar No. 24037015
1221 McKinney St., Suite 2100
Houston, Texas 77010
(713) 547-2217 – Telephone
(713) 236-5586 – Facsimile

ATTORNEYS FOR INTEROIL CORPORATION, S.P. INTEROIL, LDC., AND E.P. INTEROIL, LTD.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on the following counsel of record in accordance with the Texas Rules of Civil Procedure on May 9, 2008:

Thomas M. Farrell                                    *Via Facsimile*
NICKENS KEETON LAWLESS
 FARRELL & FLACK, LLP
State Bar No. 06839250
600 Travis Street, Suite 7500
Houston, TX 77002

M.A. Mills                                           *Via Facsimile*
M.A. MILLS, P.C.
4295 San Felipe, Suite 300
Houston, TX 77027

William C. Boyd                                      *Via Facsimile*
PATTERSON, BOYD & LOWERY, P.C.
2101 Louisiana
Houston, Texas 77002

*Yasser A. Madriz*
Yasser A. Madriz          by /s/

INTEROIL DEFENDANTS' FIRST AMENDED ANSWER          3
H-727627.2

```
User ID: BARNETTH
==============================================================================
TO: Name: Thomas M. Farrell
    Company:
    Fax Phone Number: (713) 571-9652
    Contact Phone Number:
    Info Code 1: 34005                    Info Code 2: 18

Sent to remote ID:7137513111
Sent at:Fri May 09 14:41:56 2008
Sent on channel 5
Elapsed Time:  1 minute, 32 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 5.
------------------------------------------------------------------------------
```

# haynesboone

Haynes and Boone, LLP
Attorneys and Counselors
One Houston Center
1221 McKinney Street, Suite 2100
Houston, Texas 77010-2007
Phone: (713) 547-2000
Fax: (713) 547-2600
www.haynesboone.com

Date:   Friday, May 09, 2008 2:41:44 PM

Total Pages Including Cover:   05

To:   Thomas M. Farrell                    Company:

Fax:  (713) 571-9652                       Telephone:

Client/Matter:   34005.   18

From:              Hope Barnett
Direct Telephone:  713-547-2668
Direct Fax:        713-236-5479

Should you have any problem with this transmission, please call: 713-547-2668

Message:
Attachment: InterOil Defendants' First Amended Answer

Confidentiality Note: The information contained in this facsimile message is privileged and confidential and is intended only for the use of the addressee. The term "privileged and confidential" includes, without limitation, attorney-client privileged communications, attorney work product, trade secrets, and any other proprietary information. Nothing in this facsimile is intended by the attorney or the client to constitute a waiver of the confidentiality of this message. If the reader of this message is not the intended recipient, or employee/agent of the intended recipient, you are hereby notified that any duplication, or distribution of this communication is unauthorized. If you have received this message in error, please notify us by telephone immediately so that we can arrange for the return of the original document to us at no cost to you.

```
User ID: BARNETTH
==============================================================================
TO: Name: William C. Boyd
    Company:
    Fax Phone Number: (713) 759-0642
    Contact Phone Number:
    Info Code 1: 34005                    Info Code 2: 18

Sent to remote ID:713 759 0642
Sent at:Fri May 09 14:42:27 2008
Sent on channel 11
Elapsed Time:  1 minute, 34 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 5.
------------------------------------------------------------------------------
```

# haynes*boone*

Haynes and Boone, LLP
Attorneys and Counselors
One Houston Center
1221 McKinney Street, Suite 2100
Houston, Texas 77010-2007
Phone: (713) 547-2000
Fax: (713) 547-2600
www.haynesboone.com

Date:   Friday, May 09, 2008 2:42:14 PM

Total Pages Including Cover:  05

---

To:   William C. Boyd              Company:

Fax:  (713) 759-0642               Telephone:

Client/Matter:  34005.   18

---

From:             Hope Barnett
Direct Telephone: 713-547-2668
Direct Fax:       713-236-5479

---

Should you have any problem with this transmission, please call: 713-547-2668

---

Message:

Attachment: InterOil Defendants' First Amended Answer

Confidentiality Note: The information contained in this facsimile message is privileged and confidential and is intended only for the use of the addressee. The term "privileged and confidential" includes, without limitation, attorney-client privileged communications, attorney work product, trade secrets, and any other proprietary information. Nothing in this facsimile is intended by the attorney or the client to constitute a waiver of the confidentiality of this message. If the reader of this message is not the intended recipient, or employee/agent of the intended recipient, you are hereby notified that any duplication, or distribution of this communication is unauthorized. If you have received this message in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

```
User ID: BARNETTH
================================================================================
TO: Name: M.A. Mills
    Company:
    Fax Phone Number: (713) 572-7010
    Contact Phone Number:
    Info Code 1: 34005                    Info Code 2: 18

Sent to remote ID:7135727010
Sent at:Fri May 09 14:48:45 2008
Sent on channel 8
Elapsed Time:  1 minute, 32 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 5.
--------------------------------------------------------------------------------
Sent to remote ID:
Sent at:Fri May 09 14:42:57 2008
Sent on channel 9
Elapsed Time:  0 minutes, 46 seconds
Transmission Status (0/328;0/0): No energy detected on line; possible dead line
Page Record: NONE SENT.
--------------------------------------------------------------------------------
```

# haynes*boone*

Haynes and Boone, LLP
Attorneys and Counselors
One Houston Center
1221 McKinney Street, Suite 2100
Houston, Texas 77010-2007
Phone: (713) 547-2000
Fax: (713) 547-2600
www.haynesboone.com

Date:   Friday, May 09, 2008 2:42:44 PM

Total Pages Including Cover:  05

To:  M.A. Mills                                Company:

Fax: (713) 572-7010                            Telephone:

Client/Matter:   34005.     18

From:             Hope Barnett
Direct Telephone: 713-547-2668
Direct Fax:       713-236-5479

Should you have any problem with this transmission, please call: 713-547-2668

Message:

Attachment: InterOil Defendants' First Amended Answer

Confidentiality Note: The information contained in this facsimile message is privileged and confidential and is intended only for the use of the addressee. The term "privileged and confidential" include, without limitation, attorney-client privileged communications, attorney work product, trade secrets, and any other proprietary information. Nothing in this facsimile is intended by the attorney or the client to constitute a waiver of the confidentiality of this message. If the reader of this message is not the intended recipient, or employee/agent of the intended recipient, you are hereby notified that any duplication, or distribution of this communication is unauthorized. If you have received this message in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.