CAUSE NO. 05-04-03592-CV

RECEIVED AND FILED
FOR RECORD
At 8 O'clock A M.
MAY 1 9 2008
BARBARA GLADDEN ADAMICK
MONTGOMERY DISTRICT CLERK
By _____ COUNTY, TEXAS
_____ Deputy

| | | |
|---|---|---|
| TODD PETERS, ET AL. | § | IN THE DISTRICT COURT OF |
|       Plaintiffs, | § | |
| | § | |
| VS. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| PHILLIPE MULACEK, ET AL. | § | |
|       Defendants | § | 284TH JUDICIAL DISTRICT COURT |

## INTEROIL DEFENDANTS' VERIFICATIONS TO THEIR FIRST AMENDED ANSWER

Defendants, InterOil Corporation, S.P. InterOil, LDC. and E.P. InterOil, Ltd. (the "InterOil Defendants"), file their Verifications to Their First Amended Answer.

Respectfully submitted,

HAYNES AND BOONE, LLP

Michael T. Powell
State Bar No. 16204300
Kirk L. Worley
State Bar No. 00797696
Yasser A. Madriz
State Bar No. 24037015
1221 McKinney St., Suite 2100
Houston, Texas 77010
(713) 547-2217 – Telephone
(713) 236-5586 – Facsimile

ATTORNEYS FOR INTEROIL
CORPORATION, S.P. INTEROIL, LDC.,
AND E.P. INTEROIL, LTD.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on the following counsel of record in accordance with the Texas Rules of Civil Procedure on May 16, 2008:

Thomas M. Farrell                                               *Via Facsimile*
NICKENS KEETON LAWLESS
  FARRELL & FLACK, LLP
State Bar No. 06839250
600 Travis Street, Suite 7500
Houston, TX 77002

M.A. Mills                                                          *Via Facsimile*
M.A. MILLS, P.C.
4295 San Felipe, Suite 300
Houston, TX 77027

William C. Boyd                                               *Via Facsimile*
PATTERSON, BOYD & LOWERY, P.C.
2101 Louisiana
Houston, Texas 77002

Yasser A. Madriz

CAUSE NO. 05-04-03592-CV

| | | |
|---|---|---|
| TODD PETERS, ET AL. | § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § | |
| | § | |
| VS. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| PHILLIPE MULACEK, ET AL. | § | |
| Defendants | § | 284TH JUDICIAL DISTRICT COURT |

## **VERIFICATION**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| HARRIS COUNTY | § |

Before me, the undersigned authority, on this day personally appeared Phil E. Mulacek who being by me duly sworn on his oath, stated that he is President and Chief Executive Officer of InterOil Corporation, he is duly authorized to execute this verification on InterOil Corporation's behalf, and, based on information acquired through his position, the statements contained in paragraphs 7 and 8 of the InterOil Defendants' First Amended Answer are within his personal knowledge and are true and correct.

_____
Phil E. Mulacek

SUBSCRIBED AND SWORN TO BEFORE ME on this 15th day of May, 2008

_____
NOTARY PUBLIC, STATE OF TEXAS

CAUSE NO. 05-04-03592-CV

| | | |
|---|---|---|
| TODD PETERS, ET AL. | § | IN THE DISTRICT COURT OF |
|             Plaintiffs, | § | |
| | § | |
| VS. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| PHILLIPE MULACEK, ET AL. | § | |
|             Defendants | § | 284TH JUDICIAL DISTRICT COURT |

## **VERIFICATION**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| HARRIS COUNTY | § |

    Before me, the undersigned authority, on this day personally appeared Phil E. Mulacek who being by me duly sworn on his oath, stated that he is President of Petroleum Independent Corporation, the General Manager of S.P. InterOil, LDC, he is duly authorized to execute this verification on S.P. InterOil, LDC's behalf, and, based on information acquired through his position, the statements contained in paragraphs 7 and 8 of the InterOil Defendants' First Amended Answer are within his personal knowledge and are true and correct.

Phil E. Mulacek

SUBSCRIBED AND SWORN TO BEFORE ME on this 15th day of May, 2008.

NOTARY PUBLIC, STATE OF TEXAS



InterOil Defendants' First Amended Answer
H-727627.2

2

CAUSE NO. 05-04-03592-CV

| | | |
|---|---|---|
| TODD PETERS, ET AL. | § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § | |
| | § | |
| VS. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| PHILLIPE MULACEK, ET AL. | § | |
| Defendants | § | 284TH JUDICIAL DISTRICT COURT |

## VERIFICATION

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| HARRIS COUNTY | § |

Before me, the undersigned authority, on this day personally appeared Phil E. Mulacek who being by me duly sworn on his oath, stated that he is a director of E.P. InterOil, Ltd., he is duly authorized to execute this verification on E.P. InterOil, Ltd.'s behalf, and, based on information acquired through his position, the statements contained in paragraphs 7 and 8 of the InterOil Defendants' First Amended Answer are within his personal knowledge and are true and correct.

Phil E. Mulacek

SUBSCRIBED AND SWORN TO BEFORE ME on this 15th day of May, 2008.

NOTARY PUBLIC, STATE OF TEXAS